UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| WINDERMERE HOLDINGS, LLC., | No. C 10-03955 LB |
| Plaintiff, | **ORDER CONTINUING JANUARY 6, 2011 CASE MANAGEMENT CONFERENCE** |
| v. | |
| U.S. WALL DECOR, LLC., *et al.*, | |
| Defendants. | |
| _____/ | |

On September 2, 2010, Plaintiff filed a Complaint alleging that Defendants had violated various trademark and copyright laws. Complaint, ECF No. 1. Defendants filed an Amended Answer on December 22, 2010 asserting various defenses, counterclaims, and a crossclaim against Thomas Kinkade. Amended Answer, ECF No. 18. The Court Clerk issued a Summons for a Third-Party Complaint on December 27, 2010 but Defendants have not yet filed a proof of service for Thomas Kinkade and he has not yet appeared in this matter. ECF No. 19. Currently, a Case Management Conference is on calendar for January 6, 2011 and the parties' consents to this Court's jurisdiction are due by December 30, 2010. *See* ECF No. 17. Because Defendants have not yet served Thomas Kinkade and he has not appeared in this case, the Court **HEREBY VACATES** the initial CMC that

///

///

///

1 is set for January 6, 2011 and **RESETS** it to February 24, 2011 at 1:30 p.m.

2    **IT IS SO ORDERED.**

3 Dated: December 28, 2010

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 10-03955
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

2