UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| WINDERMERE HOLDINGS. LLC,<br>　　　　Plaintiff,<br><br>　　v.<br>US WALL DECOR, et al.<br>　　　　Defendants.<br>_____/ | No. C 10-3955 LB<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　Not yet scheduled<br>Mediator:　Karen Boyd |

　　IT IS HEREBY ORDERED that the request to excuse defendants Nick Bomleny and Albert Scarlata from personal attendance at the mediation session before Karen Boyd is GRANTED IN PART and DENIED IN PART as follows: Mr. Scarlata's request is GRANTED, and he shall be available at all times to participate in the mediation telephonically in accordance with ADR L.R. 6-10(f); Mr. Bomleny's request is DENIED and he shall appear in person at the mediation.

　　IT IS SO ORDERED.

March 8, 2011　　　　　　　By:　　　　　　　　*Elizabeth D. Laporte*
Dated
　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California