1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **WINDERMERE HOLDINGS, LLC**, a California limited liability company,<br><br>PLAINTIFF,<br><br>v.<br><br>**U.S. WALL DÉCOR, LLC**, a Florida limited liability company, **KINKADE EVENTS, LLC**, a Florida limited liability company, **ALBERT R. SCARLATA**, a Florida resident, **NICK R. BOMLENY**, a Florida resident and DOES 1 through 10,<br><br>DEFENDANTS. | Case No:  CV10-03955 LB<br><br>[~~PROPOSED~~] **ORDER REGARDING EXTENSION OF TIME TO COMPLETE MEDIATION** |

1  Upon good cause having been shown,

2  **IT IS HEREBY ORDERED**, that the parties' request for an extension of
3  time to complete the ADR Session is hereby GRANTED.  It is further ORDERED
4  that the parties must complete the ADR Session by April 11, 2011.

5
6  **IT IS SO ORDERED.**

7  Dated: __March 15, 2011_____



_____
The Honorable Laurel Beeler
Magistrate Judge of the United States
District Court, Northern District

[~~PROPOSED~~] ORDER RE EXTENSION OF TIME TO COMPLETE MEDIATION
CASE NO. 10CV-03955 LB

2