1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                              **OAKLAND DIVISION**

11

| | |
|---|---|
| **WINDERMERE HOLDINGS, LLC**, a California limited liability company,<br><br>PLAINTIFF,<br><br>v.<br><br>**U.S. WALL DÉCOR, LLC**, a Florida limited liability company, **KINKADE EVENTS, LLC**, a Florida limited liability company, **ALBERT R. SCARLATA**, a Florida resident, **NICK R. BOMLENY**, a Florida resident and DOES 1 through 10,<br><br>DEFENDANTS. | Case No: CV10-03955 LB<br><br>**[PROPOSED] ORDER REGARDING EXTENSION OF TIME TO COMPLETE MEDIATION** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Upon good cause having been shown,

2  **IT IS HEREBY ORDERED**, that the parties' request for a further

3  extension of time to complete the ADR Session is hereby GRANTED.  It is further

4  ORDERED that the parties must complete the ADR Session by June 30, 2011.

5  The CMC currently scheduled for May 26, 2011 is **HEREBY CONTINUED** to July 28, 2011 at 10:30 a.m.  The parties shall file a Joint CMC Statement by July 21, 2011.

6  **IT IS SO ORDERED.**

7  Dated: __April 25, 2011_____   _____

8  The Honorable Laurel Beeler

9  Magistrate Judge

10  United States District Court,

11  Northern District of California



28  [~~PROPOSED~~] ORDER RE EXTENSION OF TIME TO COMPLETE MEDIATION
CASE NO. 10CV-03955 LB

2

LACA_2900553.1