1  Ronald L. Richman, SBN 139189
   E-Mail: ron.richman@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California  94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701

5  Attorneys for Defendant U.S. Wall Décor,
   LLC, Kinkade Events, LLC, Albert R.
6  Scarlata, and Nick S. Bomleny

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 WINDERMERE HOLDINGS, LLC, a              Case No.: CV 10 03955-LB
   California limited liability company,
12                                          **STIPULATION TO CONTINUE**
                      Plaintiff,            **HEARING DATE ON PLAINTIFF'S AND**
13                                          **CROSS-DEFENDANT'S MOTION TO**
              vs.                           **DISMISS; ORDER THEREON**
14
   U.S. WALL DÉCOR, LLC, a Florida limited
15 liability company, KINKADE EVENTS, LLC,  Date:      June 23, 2011
   a Florida limited liability company, ALBERT Time:    11:00 a.m.
16 R. SCARLATA, a Florida resident, NICK S.  Ctroom:   4, 3rd Floor – Oakland
   BOMLENY, a Florida resident and DOES 1              Hon. Laurel Beeler
17 through 10,
18                    Defendants.
19
20                              **STIPULATION**
21        IT IS HEREBY STIPULATED by and between Plaintiff Windermere Holdings, LLC
22 and Cross-Defendant Thomas Kinkade, on the one hand, and Defendants and Cross-
23 Complainants, on the other hand, that Plaintiff Windermere Holdings, LLC and Cross-
24 Defendant Thomas Kinkade's Motion to Dismiss Counter and Cross-Claims of Defendant and
25 Cross-Complainant Nick S. Bomleny, scheduled for hearing on June 23, 2011, be continued for
26 45 days, and that the due date for the filing of the corresponding opposition and reply papers be
27 continued for 45 days, on the grounds that counsel for Defendants and Cross-Defendants will
28 file a motion to withdraw as counsel in this case.  The extension for the hearing date on the

                                    – 1 –

1  pending motion, as well as the corresponding opposition and reply papers, will allow sufficient

2  time for the filing and hearing of Bullivant Houser Bailey PC's Motion to Withdraw, which will

3  be filed with this Court on or before Thursday, June 2, 2011 and further, time to allow

4  Defendants and Cross-Complainants to seek new counsel.

5  DATED:  May 25, 2011

6                                                   BULLIVANT HOUSER BAILEY PC

7

8                                                   By  /s/
                                                        Ronald L. Richman
9
                                                    Attorneys for Defendants and Cross-Complainants
10                                                  U.S. WALL DÉCOR, LLC, KINCADE EVENTS,
                                                    LLC, ALBERT R. SCARLATA, and NICK R.
11                                                  BOMLENY

12
   DATED:  May 25, 2011
13
                                                    FOLEY & LARDNER
14

15
                                                    By  /s/
16                                                      Dana N. Levitt

17                                                  Attorneys for Plaintiff WINDERMERE
                                                    HOLDINGS, LLC and Cross-Defendant THOMAS
18                                                  KINKADE

19

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

- 2 -

STIPULATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS; ORDER THEREON

1

## ORDER

Pursuant to Stipulation by the parties and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff Windermere Holdings, LLC and Cross-Defendant Thomas Kinkade's Motion to Dismiss Counter and Cross-Claims of Defendant and Cross-Complainant Nick S. Bomleny shall be continued to August 4, 2011.  Any Opposition shall be filed on or before July 11, 2011 and any Reply shall be filed on or before July 18, 2011.

Dated:  May 26 , 2011

By _____
HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE



13376810.1

— 3 —

STIPULATION TO CONTINUE HEARING DATE ON MOTION TO DISMISS; ORDER THEREON