# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **WINDERMERE HOLDINGS, LLC**, a California limited liability company,<br><br>    PLAINTIFF,<br><br>    v.<br><br>**U.S. WALL DÉCOR, LLC**, a Florida limited liability company, **KINKADE EVENTS, LLC**, a Florida limited liability company, **ALBERT R. SCARLATA**, a Florida resident, **NICK R. BOMLENY**, a Florida resident and DOES 1 through 10,<br><br>    DEFENDANTS. | Case No: CV10-03955 LB<br><br>[PROPOSED] ORDER REGARDING EXTENSION OF TIME TO COMPLETE MEDIATION |

Upon good cause having been shown,

**IT IS HEREBY ORDERED**, that the parties' request for a further extension of time to complete the ADR Session is hereby GRANTED. It is further ORDERED that the parties must complete the ADR Session by September 28, 2011.

**IT IS SO ORDERED.**

Dated: July 5, 2011                                                   _____
                                                                     The Honorable Laurel Beeler

[PROPOSED] ORDER RE EXTENSION OF TIME TO COMPLETE MEDIATION
CASE NO. 10CV-03955 LB