UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| WINDERMERE HOLDINGS, LLC., | No. C 10-03955 LB |
| Plaintiff, | **ORDER SETTING FURTHER STATUS CONFERENCE FOR SEPTEMBER 1, 2011** |
| v. | |
| U.S. WALL DECOR, LLC., *et al.*, | |
| Defendants. | |

The court held a status conference on August 25, 2011. Defendants did not appear. The court sets a further status conference for September 1, 2011 at 11:00 a.m. Plaintiff may appear telephonically at that status conference. All other dates set forth in the court's August 4, 2011 order granting Defendants' counsel's motion to withdraw as counsel remain in effect. 8/4/11 Order, ECF No. 83.[1] The court refers Defendants to that order and again cautions them that if they fail to timely file substitutions of counsel or otherwise appear, they may face entry of default judgment and dismissal for failure to prosecute. *See id.* at 3. Also pending is the motion to dismiss Mr. Bomleny's counterclaims and crossclaims. ECF No. 61.

At the August 25, 2011 status conference, Plaintiff's counsel noted that following their withdrawal as counsel of record for Defendants, Mr. Richman (Defendants' counsel) stopped

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

receiving ECF notices when documents are filed in this case. Consequently, Plaintiff's counsel began serving Mr. Richman via email with a copy of the documents filed on ECF so that he could forward the documents to Defendants in accordance with the court's August 4 order. The court directs Plaintiff's counsel to serve Mr. Richman with a copy of this order and all subsequent ECF filings. The court will attempt to change Mr. Richman's status on ECF so that he can once again receive ECF notices when documents are filed in this case.

**IT IS SO ORDERED.**

Dated: August 25, 2011



_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

C 10-03955 LB
ORDER SETTING STATUS CONFERENCE FOR 9/1/11

2