**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| WINDERMERE HOLDINGS, LLC., <br><br>         Plaintiff, <br>     v. <br><br> U.S. WALL DECOR, LLC., et al., <br><br>         Defendants. <br> _____/ | No. C 10-03955 LB <br><br> **ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AND ADR DEADLINE** |

In their joint case management conference statement dated November 10, 2011, the parties to the above-captioned action stated that they "have prepared a draft Settlement Agreement, which is expected to be signed by all of the parties within the next few days." Joint CMC Statement, ECF No. 94 at 2.[1]  In light of this representation, the court CONTINUES the Further Case Management Conference, currently scheduled for November 17, 2011, to **December 15, 2011 at 10:30 a.m.**  The parties shall file an updated joint case management conference statement by **December 8, 2011**. Further, the court CONTINUES the parties' deadline to complete ADR, currently set for November 18, 2011, to **December 15, 2011** as well.

///

///

///

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 10-03955 LB

**IT IS SO ORDERED.**

Dated: November 14, 2011

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

C 10-03955 LB