DANA N. LEVITT, CA BAR NO. 77180
VICTOR DE GYARFAS, CA BAR NO. 171950
JEFFREY A. KOBULNICK, CA BAR NO. 228299
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
FACSIMILE: 213.486-0065
DLEVITT@FOLEY.COM
VDEGYARFAS@FOLEY.COM
JKOBULNICK@FOLEY.COM

*Attorneys for Plaintiff Windermere Holdings, LLC and Cross-Defendant Thomas Kinkade*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **WINDERMERE HOLDINGS, LLC**, a California limited liability company,<br><br>PLAINTIFF,<br><br>v.<br><br>**U.S. WALL DÉCOR, LLC**, a Florida limited liability company, **KINKADE EVENTS, LLC**, a Florida limited liability company, **ALBERT R. SCARLATA**, a Florida resident, **NICK R. BOMLENY**, a Florida resident and DOES 1 through 10,<br><br>DEFENDANTS. | Case No: CV10-03955 LB<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL** |
| **U.S. WALL DÉCOR, LLC; KINKADE EVENTS, LLC; ALBERT R. SCARLATA**; and **NICK S. BOMLENY**<br><br>Cross-Complainants,<br><br>vs.<br><br>**THOMAS KINKADE**, an individual<br><br>Cross-Defendant. | |

Pursuant to joint stipulation by and between Plaintiff Windermere Holdings, LLC ("Windermere"); Defendants U.S. Wall Decor, LLC, Kinkade Events, LLC, Albert R. Scarlata, and Nick R. Bomleny (collectively, the "Wall Decor Parties"); and Cross-Defendant Thomas Kinkade, i.e., the parties to this action, the above-captioned action is hereby dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1), as follows: (1) Windermere's claims are dismissed without prejudice; (2) the Wall Decor Parties' counterclaims are dismissed with prejudice; and (3) the Wall Decor Parties' cross-claims are dismissed with prejudice.

IT IS SO ORDERED.

Dated: November  16 , 2011

_____
Hon. Laurel H. Beeler
UNITED STATES MAGISTRATE JUDGE